In the Matter of the Application of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Lands Required for the Improvement of the Water Front on the East River.

JAMES E. WARD & COMPANY, Respondent.

*Matter of City of New York,* 138 App. Div. 186, affirmed.
(Argued September 29, 1910; decided October 18, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 6, 1910, which affirmed an order of Special Term confirming an award of commissioners of estimate and assessment.

*Archibald R. Watson, Corporation Counsel* (*Theodore Connoly* and *Charles D. Olendorf* of counsel), for appellant.

*Edmund L. Baylies* and *Edwin D. Bechtel* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.